# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mai Yang Yang, Hailee Vue, Nou Vue, Chamee Vue, Benjamin Vue, and Mai Pha Vue, *on her own behalf and as trustee for the estate of Chiasher Vue*,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Minneapolis; John Delmonico, Richard Jackson, Troy Carlson, Donnell Crayton, Ryan Davis, Matthew Gottsch, Benjamin Hain, Daniel Ledman, Rachael Lynch, Peng Moua, Danielle Phernetton, Kyle Pond, Andrew Reed, Travis Williams, Jason Wolff, Aaron Womble, and Toua Yang, *in their individual and official capacities*,<br><br>Defendants. | Case 21-CV-02658 (ADM/ECW)<br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on January 18, 2022, I caused the following:

Sealed Exhibits 3 through Exhibit 17 to the Answer of Defendants

To be conventionally filed and under temporary seal with the Clerk of Court with the through ECF and hand delivery and I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage prepaid, sealed envelope, upon Plaintiffs' counsel in the above-captioned matter to:

1

Marlene Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402

Dated: January 18, 2022       *s/ Jodi K. Hanslick*
                              Jodi K. Hanslick